UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 4:05CR527HEA(MLM) |
| MARK WHITE, | ) ) ) | |
| Defendant. | ) | |

## AMENDED ORDER SETTING CONDITIONS OF RELEASE

On October 5, 2005 defendant Mark White was released on a $15,000 unsecured bond by United States Magistrate Judge Sarah W. Hays in the Western District of Missouri. When the defendant appeared in this court on October 7, 2005 for his Arraignment, he was continued on bond under the same conditions of release ordered by Judge Hays.

Based on the Bond Violation Report submitted by Senior United States Pretrial Services Officer Larry Haywood dated October 20, 2005 the Order Setting Conditions of Release is amended as follows:

> Defendant shall avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution.

All other terms and conditions in the Order Setting Conditions of Release signed by United States Magistrate Judge Sarah W. Hays on October 5, 2005 remain in full force and effect.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this   21st   day of October, 2005.